UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>                Plaintiff,<br><br>        -v.-<br><br>DIALIGHT PLC,<br><br>                Defendant. | **ORDER**<br><br>19 Civ. 11710 (KPF) |
| DIALIGHT PLC,<br><br>                Plaintiff,<br><br>       -v.-<br><br>SANMINA CORPORATION,<br><br>                Defendant. | 19 Civ. 11712 (KPF) |

KATHERINE POLK FAILLA, District Judge:

      The promotion conference, currently scheduled for March 25, 2020, at 10:30 a.m., is hereby ADJOURNED to **March 25, 2020, at 12:30 p.m.** Eastern Daylight Time. Further, the conference shall be held telephonically. The dial-in information is as follows: At 12:30 p.m. on March 25, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:30 p.m.

      SO ORDERED.

Dated:  March 17, 2020
             New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge