UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>DIALIGHT PLC,<br><br>                    Defendant. | **ORDER**<br><br>19 Civ. 11710 (KPF) |
| DIALIGHT PLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>SANMINA CORPORATION,<br><br>                    Defendant. | 19 Civ. 11712 (KPF) |

KATHERINE POLK FAILLA, District Judge:

      The Court held a pre-motion conference in this case on March 25, 2020. (*See* Minute Entry for 3/25/2020).[1]  Following the pre-motion conference, the parties notified the Court that they had conferred and decided not to file their respective motions.  (Dkt. #28).  The Court ordered the parties to file their respective answers by April 27.  (Dkt. #29).  Both parties filed their answers on April 27, 2020.  (*See* Dkt. #31; *Dialight PLC* v. *Sanmina Corp.*, 19 Civ. 11712 (KPF) Dkt. #28).  Accordingly, the parties are hereby ORDERED to confer and jointly file a proposed civil case management plan and scheduling order, on or before **May 15, 2020**.

---

[1]    Unless otherwise indicated, the docket entries in this order refer to those in *Sanmina Corporation* v. *Dialight PLC*, 19 Civ. 11710 (KPF).

SO ORDERED.

Dated: April 28, 2020
       New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge