UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | | |
|---|---|---|
| SANMINA CORPORATION, | : | 1:19-cv-11710-KPF |
| | : | |
| Plaintiff, | : | Related Case No.: |
| | : | 1:19-cv-11712-KPF |
| vs. | : | |
| | : | **ORDER GRANTING** |
| DIALIGHT PLC, | : | **JOINT LETTER MOTION** |
| | : | **TO AMEND CIVIL CASE** |
| Defendant. | : | **MANAGEMENT PLAN** |
| | : | **AND SCHEDULING** |
| | : | **ORDER** |

------------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

Having reviewed the parties' Joint Motion to Amend the Court's May 15, 2020 Civil Case Management Plan and Scheduling Order ("Scheduling Order"), and good cause having been shown therein,

**IT IS HEREBY ORDERED** that the Scheduling Order is amended to extend all current case deadlines by one hundred twenty (120) days, including the following:

| Item | Current Deadline | New Deadline |
|---|---|---|
| Contention Interrogatories | March 1, 2021 | July 2, 2021 |
| Requests to Admit | March 1, 2021 | July 2, 2021 |
| Discovery Meet and Confer Discussion | March 1, 2021 | July 2, 2021 |
| Fact Witness Depositions | March 31, 2021 | July 30, 2021 |
| Fact Discovery Completion | March 31, 2021 | July 30, 2021 |
| Expert Discovery Completion | May 17, 2021 | October 15, 2021 |

2

SIGNED this the 22nd day of     December    , 2020  in New York, New York.

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge