UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>DIALIGHT PLC,<br><br>                    Defendant. | **ORDER**<br><br>19 Civ. 11710 (KPF) |
| DIALIGHT PLC,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>SANMINA CORPORATION,<br><br>                    Defendant. | 19 Civ. 11712 (KPF) |

KATHERINE POLK FAILLA, District Judge:

On December 22, 2020, the Court entered a modified civil case management plan in this matter. (Dkt. #42). In accordance with the discovery schedule set forth therein, the next pretrial conference, currently scheduled for April 8, 2021, is hereby ADJOURNED to **August 11, 2021 at 11:00 a.m.**

SO ORDERED.

Dated:   March 30, 2021
         New York, New York

*Katherine Polk Failla*

_____
KATHERINE POLK FAILLA
United States District Judge