UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIALIGHT PLC,<br><br>    Plaintiff,<br><br>-against-<br><br><br>SANMINA CORPORATION,<br><br>    Defendant. | Case No.: 1:19-cv-11712-KPF<br>Related Case No: 1:19-cv-11710-KPF |

**ORDER GRANTING MOTION FOR REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER OF REQUEST) PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

**ORDER**

Upon review of the Declaration Andrew J. Peterson, dated July 30, 2021 and the exhibits attached thereto, and Defendant's Memorandum of Law, the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, orders as follows:

1.   The clerk of this Court shall issue two (2) original copies of a Request for International Judicial Assistance ("Letter of Request") pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555 in the form attached as **Exhibit A** to the Declaration of Andrew J. Peterson; and

2.   This Order and the Letter of Request be submitted by the clerk of this Court to the Ontario Court of Justice.

SIGNED this the 4th day of August, 2021 in New York, New York.

KATHERINE POLK FAILLA
United States District Judge