ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
mlieb@ecjlaw.com
PH: 310.281.6338
FX: 310.859.2325

November 5, 2021



**VIA ECF and E-MAIL**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, N.Y. 10007
E-Mail: Failla_NYSDChambers@nysd.uscourts.gov

Re:    **Sanmina Corporation v. Dialight plc: USDC (SDNY) Case no. 1:19-cv-11710**
       **Dialight plc v. Sanmina Corporation: USDC (SDNY) Case no. 1:19-cv-11712**

Dear Judge Failla:

Following my November 4 letter, I heard from Dialight's counsel and I am pleased to report that we were able to resolve the issue raised in that letter without further court intervention, and retaining the December 20, 2021 expert witness discovery cut-off date.

Respectfully submitted,

/s/
Michael C. Lieb
ERVIN COHEN & JESSUP LLP

14558.30:10408842.1

The Court is in receipt of Sanmina's above letter.  The Court is pleased to hear that the parties are continuing to work together and expects that they will adhere to the schedule the Court adopted at the October 20, 2021 pretrial conference (see Minute Entry for October 20, 2021).

The Clerk of Court is directed to enter this endorsement in both 19 Civ. 11710 (KPF) and 19 Civ. 11712 (KPF).  The Clerk of Court is further directed to terminate the motions pending at docket entries 50 and 51 in 19 Civ. 11710 (KPF) and 64 and 65 in 19 Civ. 11712 (KPF).

Dated: November 8, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE