UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>      Plaintiff,<br><br>   -v.-<br><br>DIALIGHT PLC,<br><br>      Defendant. | 19 Civ. 11710 (KPF)<br><br><br>**ORDER** |
| DIALIGHT PLC,<br><br>      Plaintiff,<br><br>   -v.-<br><br>SANMINA CORPORATION,<br><br>      Defendant. | 19 Civ. 11712 (KPF) |

KATHERINE POLK FAILLA, District Judge:

  Sanmina Corporation has moved for partial summary judgment as to Dialight PLC's tort claims of fraudulent inducement and willful misconduct, and as to Sanmina's own claim for breach of contract relating to certain accounts receivable. For reasons set forth in the Court's Opinion and Order filed under seal on March 14, 2023, Sanmina's motion for summary judgment is granted as to Dialight's willful misconduct claim and denied as to Dialight's fraudulent inducement claim and Sanmina's own accounts receivable claim.

  The parties are directed to file a joint letter suggesting proposed redactions to the Opinion by **April 11, 2023**, in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Taking the parties'

suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket.

The Clerk of Court is directed to file this Order in both cases cited in the caption. The Clerk of Court is further directed to terminate the pending motions at docket entry 81 in Case No. 19 Civ. 11710 and docket entry 65 in Case No. 19 Civ. 11712.

SO ORDERED.

Dated: March 14, 2023
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge