UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>DIALIGHT PLC,<br><br>                    Defendant. | 19 Civ. 11710 (KPF)<br><br><br>**ORDER** |
| DIALIGHT PLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>SANMINA CORPORATION,<br><br>                    Defendant. | 19 Civ. 11712 (KPF) |

KATHERINE POLK FAILLA, District Judge:

Sanmina Corporation has moved for reconsideration of a portion of the Court's Opinion and Order of March 14, 2023, granting in part and denying in part Sanmina's motion for partial summary judgment. For reasons set forth in the Court's Opinion and Order filed under seal on November 28, 2023, Sanmina's motion for reconsideration is granted in part, insofar as the Court vacates that portion of the March 14 Opinion that found as a matter of fact that Dialight had timely rejected any of the goods underlying Sanmina's Accounts Receivable Claim. In all other respects, the Court denies Sanmina's motion.

The parties are directed to file a joint letter suggesting proposed redactions to the November 28 Opinion by **December 29, 2023**, in accordance

with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket.

The Clerk of Court is directed to file this Order in both cases cited in the caption.  The Clerk of Court is further directed to terminate the pending motion at docket entry 128 in Case No. 19 Civ. 11710.

SO ORDERED.

Dated:   November 28, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge