UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　-v.-<br><br>DIALIGHT PLC,<br><br>　　　　　　Defendant. | 19 Civ. 11710 (KPF) |
| DIALIGHT PLC,<br><br>　　　　　　Plaintiff,<br><br>　　-v.-<br><br>SANMINA CORPORATION,<br><br>　　　　　　Defendant. | **SCHEDULING ORDER**<br><br>19 Civ. 11712 (KPF) |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Motions *in limine*, including any *Daubert* motions, shall be filed on or before **February 23, 2024**; opposition papers shall be filed on or before **March 25, 2024**; and replies shall be filed on or before **April 26, 2024**;

- The parties' Joint Pretrial Order, requests to charge, proposed voir dire questions, and any pretrial memoranda of law shall be filed on or before **June 17, 2024**;

- Opposition papers regarding any requests to charge, proposed voir dire questions, or pretrial memoranda of law shall be filed on or before **June 24, 2024**;

- The final pretrial conference shall be held on **July 2, 2024**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

- Trial proceedings shall begin on **July 15, 2024**, at **9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to file this Order in both cases cited in the caption.

SO ORDERED.

Dated:   January 3, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge