UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION, | 1:19-cv-11710-KPF |
| Plaintiff, | Related Case No.: 1:19-cv-11712-KPF |
| vs. | |
| DIALIGHT PLC, | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION**
**RE: POST-TRIAL BRIEFING SCHEDULE**

Having reviewed the Parties' Joint Stipulation Re: Post-Trial Briefing Schedule, the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, orders as follows:

The Parties are to follow the following post-trial briefing schedule:

(1)  Opening Briefs/Motions – on or before October 30, 2024

(2)  Oppositions – on or before November 25, 2024

(3)  Replies – on or before December 18, 2024

SIGNED this 8th day of October, 2024.

*Katherine Polk Failla*

THE HONORABLE KATHERINE POLK FAILLA
United States District Judge