**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANMINA CORPORATION, | 1:19-cv-11710-KPF |
| Plaintiff, | Related Case No.:<br>1:19-cv-11712-KPF |
| vs. | |
| DIALIGHT PLC, | |
| Defendant. | |

## JUDGMENT ON JURY VERDICT

Following trial by jury, and on the basis of the jury's verdict and the post-verdict

stipulation of the parties, judgment is hereby entered in these related matters consolidated for

trial in favor of Sanmina Corporation and against Dialight plc in the sum of **$21,980,444.70.**

Post-judgment interest shall accrue on the foregoing sum at the legal rate commencing April 1,

2025.

DATED:    April 4, 2025
             New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE